CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 22 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: DVAW510CR00003 |
| Roger Carter Hargrow ) | USM No: 14362-084 |
| Date of Previous Judgment: 06/09/2010 ) | Joel Hoppe |
| *(Use Date of Last Amended Judgment if Applicable)* ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **63** months is reduced to **46 months**.

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*
Previous Offense Level: **27**    Amended Offense Level: **23**
Criminal History Category: **I**    Criminal History Category: **I**
Previous Guideline Range: **70** to **87** months    Amended Guideline Range: **46** to **57** months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

**III. ADDITIONAL COMMENTS**
See attached Memorandum Opinion.

Except as provided above, all provisions of the judgment dated **06/09/2010** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: **MARCH 22, 2012**

*Judge's signature*

Effective Date: _____    Hon. Glen E. Conrad, Chief U.S. District Judge
*(if different from order date)*    *Printed name and title*